# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **TODD TENNIN**, | Court File No. 24-CV-464 (SRN/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| **TORRES, DAN MINKE, JESSICA FERGEN, PEARSON, SHLATTMAN, FOUSH, URAN, MCCORKEL, STEPHANIE KAPHING, JENNIFER CHAPMAN, ALEXANDRIA TIBBETS, NICOLE NIELSEN, AND Z. MORTH**, | |
| Defendants. | |

Todd Tennin, OID #223313, MCF Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN  5082, Plaintiff pro se.

Corinne Wright and Edwin Stockmeyer, III, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 600, Saint Paul, MN 55101-2125, Counsel for Defendants.

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated July 20, 2026, (Doc. No. 113).  No objections to the Report and Recommendation have been filed in the time period permitted under the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1.    The Report and Recommendation (Doc. No. 113) is **ADOPTED**; and

2.    Defendants' Motion for Summary Judgment (Doc. No. 66) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: <u>Monday, August 10, 2026</u>            *s/ Susan Richard Nelson*
                                             Susan Richard Nelson
                                             United States District Judge